**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Stevenson VIANDS, a/k/a
Mike, Defendant–Appellant.**

No. 09–6388.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 24, 2009.

Michael Stevenson Viands, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Stevenson Viands appeals the district court's order granting his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Viands,* No. 3:00–cr–00057–JPB–3 (N.D.W.Va. Feb. 9, 2009). We deny Viands' motion for clarification. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*